**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DAVHON YOUNG,**

  *Petitioner*,

**v.**                                                        **Case No.: 4:23cv290-MW/MAF**

**STATE OF FLORIDA,**

  *Respondent*.

_____/

**ORDER ACCEPTING AND ADOPTING
<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and

Recommendation. ECF No. 4. The Magistrate Judge recommends dismissal for

failure to prosecute and failure to comply with Court Orders. This Court has

independently verified that neither of the Magistrate Judge's orders have been

returned as undeliverable. Accordingly, upon consideration, no objections having

been filed by the parties,

  **IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this

Court's opinion. The Clerk shall enter judgment stating, "Petitioner's case is

**DISMISSED without prejudice** for failure to prosecute and failure to comply with

Court Orders." The Clerk shall close the file.

　　　**SO ORDERED on October 13, 2023.**

**s/Mark E. Walker**　　　　　　
**Chief United States District Judge**

2